IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW COLYER | |
| Plaintiff, | No. 12 C 4855 |
| v. | Judge Edmund E. Chang |
| CHICAGO POLICE OFFICERS R. MOSQUEDA, Star No. 13662 and G. SIERRA, Star No. 3656, | Magistrate Nan R. Nolan |
| Defendants. | JURY TRIAL DEMANDED |

## AMENDED COMPLAINT

NOW COMES Plaintiff, MATTHEW COLYER, by and through his attorneys, Smith, Johnson & Antholt, LLC, and complaining of Defendants, CHICAGO POLICE OFFICERS R. MOSQUEDA and G. SIERRA, as follows:

### Introduction

1.  This action for excessive force by Chicago police officers is brought pursuant to 42 U.S.C. Section 1983 to redress the deprivation under color of law of Plaintiff's rights as secured by the United States Constitution.

### Jurisdiction and Venue

2.  This Court has jurisdiction of the action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367, and venue is proper under 28 U.S.C. § 1391(b). On information and belief, all parties reside in this judicial district, and the events giving rise to the claims asserted herein occurred within the district.

## The Parties

3. Plaintiff Matthew Colyer is a resident of Chicago, Cook County, Illinois.

4. Defendants Chicago Police Officers R. Mosqueda (star no. 13662) and G. Sierra (star no. 3656) are police officers in the Chicago Police Department. They engaged in the conduct complained of while in the scope of their employment and under color of law. They are sued in their individual capacities.

## Background

5. On the morning of January 7, 2011, Plaintiff Matthew Colyer was a passenger in a car driven by Darius Pinex.

6. Mr. Pinex's car was pulled over by Defendants Mosqueda and Sierra.

7. Defendants yelled for them to exit the vehicle and to put their hands in the air.

8. Both Plaintiff and Mr. Pinex put their hands in the air pursuant to the officers' orders.

9. As Plaintiff was complying with Defendants' order to get out of the car, but before he was all the way out, Defendants opened fire on the car without justification.

10. Defendants fired almost 20 rounds, killing Darius Pinex on the scene.

11. Plaintiff was injured from the gunfire, including a wound to his hand which required sutures.

12. In order to cover for their excessive and deadly force, Defendants threatened to charge Plaintiff with the murder of his friend if he did not sign a statement that was favorable to them.

13. Faced with the threat of a murder charge, and fearful of the men who had killed Mr. Pinex, Plaintiff complied and signed the statement. Plaintiff was then released without being arrested or criminally charged.

### Count I – 42 U.S.C. § 1983
### Fourth Amendment – Excessive Force

14. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

15. As described in the preceding paragraphs, the conduct of the Defendant Officers, acting under color of law, constituted excessive force in violation of the United States Constitution against Plaintiff.

16. The misconduct described in this Count was objectively unreasonable and was undertaken intentionally with willful indifference to Plaintiff's constitutional rights.

17. The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of others.

18. As a result of the Defendant Officers' unjustified and excessive use of force, Plaintiff suffered injuries including bodily harm and emotional distress.

WHEREFORE, pursuant to 42 U.S.C. Section 1983, Plaintiff demand judgment against the Defendants for compensatory damages and, because the Defendant Officers acted maliciously, wantonly, or oppressively, Plaintiff seek punitive damages against them in their individual capacities, plus the costs of this action and attorney's fees, and such other and additional relief as this court deems equitable and just.

RESPECTFULLY SUBMITTED,

\_\_\_\_\_/s/ Emily J. Stine_____
One of Plaintiff's Attorneys

Christopher R. Smith
Robert W. Johnson
Amanda C. Antholt
James M. Baranyk
Emily J. Stine
Smith, Johnson & Antholt, LLC
112 S. Sangamon St., 3rd Floor
Chicago, IL 60607
(312) 432-0400