IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW COYLER, | ) | |
| | ) | No. 12 C 4855 |
| Plaintiff, | ) | |
| | ) | JUDGE CHANG |
| vs. | ) | |
| | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, CHICAGO POLICE | ) | |
| OFFICERS R. MOSQUEDA, Star No. 13662, | ) | |
| and G. SIERRA, Star No. 3656, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR THE DEFENDANT OFFICER SIERRA**

NOW COMES Michael J. A. Pasquinelli, Assistant Corporation Counsel of the City of Chicago, and hereby requests leave of this Honorable Court to withdraw his appearances on behalf of the Defendant, Officer Sierra.

1. On June 19, 2012, Plaintiff filed his complaint, alleging federal law claims of excessive force against Defendant Officers Mosqueda and Sierra, and the City of Chicago under 42 U.S.C. §1983. *See* Docket Number 1.

2. The undersigned counsel filed his appearance for Officer Sierra and the City of Chicago on July 20, 2012. *See* Docket Number 16.

3. On August 15, 2012, undersigned counsel's appearance for the City of Chicago was terminated. *See* Docket Number 26.

4. On October 2, 2012, case No. 12 C 7471 (Pinex) was re-assigned to this Honorable Court's Docket in case No. 12 C 4855 (Colyer). *See* Docket Number 41.

1

5. On January 16, 2013, Mr. Jordan Marsh filed his appearance as lead counsel for Defendant Officer Sierra. *See* Docket Number 51.

6. At the close of business on February 22, 2013, the undersigned will no longer be in the employ of the City of Chicago Law Department.

7. Accordingly, the undersigned attorney seeks leave of Court to withdraw his appearances on behalf of Defendant Officer Sierra in both the Colyer and Pinex cases.

8. Defendant Sierra will not be prejudiced because Mr. Marsh remains lead counsel of record in both matters.

WHEREFORE, the undersigned requests leave of court to withdraw his appearances on behalf of the Defendant, Officer Sierra.

Respectfully submitted,

/s/ Michael Pasquinelli
MICHAEL J. A. PASQUINELLI
Assistant Corporation Counsel

City of Chicago, Department of Law
Federal Civil Rights Litigation Division
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-3283(Phone)
(312) 744-6566 (Fax)

## CERTIFICATE OF SERVICE

     I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **Motion to Withdraw** to be served on the parties named below, through the Court's electronic filing system, on this 14th day of February, 2013.

| | |
|---|---|
| Smith, Johnson, & Antholt<br>112 South Sangamon Street<br>3rd Floor<br>Chicago, Illinois 60607<br>Attorney for Plaintiff<br>(ECF) | Steven A. Greenberg<br>Steven A. Greenberg and Assoc, Ltd.<br>53 W. Jackson, Suite 1260<br>Chicago, IL 60604<br>Attorney for Gloria Pinex,<br>(ECF |

/s/ Michael Pasquinelli
MICHAEL J. A. PASQUINELLI
Assistant Corporation Counsel

City of Chicago, Department of Law
Federal Civil Rights Litigation Division
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-3283(Phone)
(312) 744-6566 (Fax)