IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW COLYER<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF CHICAGO, OFFICERS R. MOSQUEDA, Star No. 13662 and G. SIERRA, Star No. 3656,<br><br>　　　Defendants. | No. 12 C 4855<br><br>Judge Edmund E. Chang<br><br>Magistrate Nan R. Nolan |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

NOW COMES Plaintiff, by and through his attorneys, and, moving this Honorable Court to withdraw Christopher R. Smith and Amanda Antholt as counsel for Plaintiff, stating as follows:

1.　　Plaintiff is represented by attorneys with the firm Smith, Johnson & Antholt, LLC. That law firm is currently in the process of dissolving and will no longer be conducting business as such as of September 1, 2014.

2.　　Plaintiff will continue to be represented by Robert W. Johnson.

3.　　Attorneys Christopher R. Smith and Amanda Antholt seek to withdraw from the case.

4.　　Plaintiff therefore requests that the Court grant this motion and enter an order permitting Christopher R. Smith and Amanda Antholt to withdraw from representing Plaintiff as counsel of record in this matter.

5.　　No prejudice will result to any party by granting this motion. This motion will not lead to any undue delay in this litigation.

2

WHEREFORE Plaintiff respectfully requests that this Court grant leave for Christopher R. Smith and Amanda Antholt to withdraw as counsel for Plaintiff.

RESPECTFULLY SUBMITTED,

/s/ Robert W. Johnson
Attorney for Plaintiff

Christopher R. Smith
Robert W. Johnson
Amanda Antholt
Smith, Johnson & Antholt, LLC
1 North LaSalle, Suite 3040
Chicago, Illinois 60602
312.432.0400

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing Motion to Withdraw as Counsel was served on counsel for all Defendants by electronic means on August 19, 2014.

/s/ Robert W. Johnson
Attorney for Plaintiff