**EXHIBIT B**

# LaSalle Process Servers L.P.

# Invoice

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|------|-----------|
| 6/13/2013 | 48521 |

BILL TO

City of Chicago
30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
Attn:Dana Pesha

*Paralegal: Georgia Beloso*

CASE INFO

Matthew Colyer
vs.
City of Chicago, et al.
12 C 4855

RECEIVED
2013 JUN 13 PM 2:30
NO. DEFENSE LITIGATION

| | | AMOUNT |
|---|---|---|
| Case Name: | *Colyer* | |
| Case Number: | *12 C 4855* | |
| Client Dept: | **Police** | |
| Services Rendered — Atty. Signature: | *Dana Pesha* | 182.00 |
| 6% Reduction — Date Approved: | *7/2/13* | -10.92 |
| Fuel Surcharge — Law Dept. Div.: | **FCRL** | 12.00 |

Subpoena
Dr. Patrick Malik
Calls at address given in Chicago on June 2, 3, 5 & 8

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $183.08

# *LPS*

**LaSalle Process Servers L.P.**
Business Established 1944
29 S. LaSalle Street ~ Suite 956 ~ Chicago, Illinois 60603
Phone (312) 263-0620 ~ Fax (312) 263-0622
Toll Free (877) LASA11E

| | |
|---|---|
| Name of Deponent | Dr. Patrick Malik |
| Invoice# | 48521 |
| Check Amount | $ |
| 1st Attempt Fee | $80.00 |
| Mileage Charge | $ |
| Rush Fee | $ |
| Call Back Fees | $38.00 x 3 |
| Writing Check Fee | $ |

# LaSalle Process Servers L.P.

# Invoice

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|------|-----------|
| 1/29/2015 | 52003 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 900
Chicago, Illinois  60602
Attn:Georgia Beloso

CASE INFO
Matthew Colyer, et al.
vs.
City of Chicago
12 L 4855

| DESCRIPTION | | AMOUNT |
|-------------|---|--------|
| Services Rendered | | 152.00 |
| 6% Reduction | | -9.12 |
| Witness fees advanced | | 92.65 |
| Fuel Surcharge | | 3.00 |
| | | |
| Subpoena | | |
| Margarita Galindo Hacias | | |
| Call at address given in Aurora on January 25 | | |

1. Case Name: *Colyer*
2. Case Number: *12 C 4855*
3. Client Dept: *27*
4. Atty Signature: *Dana Pesha*
5. Date Approved: *2/10/15*
6. Law Dept. Division: *FCRL*

JAN 2 9 2015

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**

$238.53

# *LPS*

**LaSalle Process Servers L.P.**
Business Established 1944
29 S. LaSalle Street ~ Suite 956 ~ Chicago, Illinois 60603
Phone (312) 263-0620 ~ Fax (312) 263-0622
Toll Free (877) LASA11E

| | |
|---|---|
| Name of Deponent | Margarita Galindo Hacias |
| Invoice# | 52003 |
| Check Amount | $92.65 |
| 1st Attempt Fee | $80.00 |
| Mileage Charge | $65.00 |
| Rush Fee | $ |
| Call Back Fees | $ |
| Writing Check Fee | $10.00 |

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/23/2015 | 52150 |

BILL TO

City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Jill Antonucci White

CASE INFO

Matthew Colyer, et al.
vs.
City of Chicago, et al.
12 C 4855

| DESCRIPTION | AMOUNT |
|-------------|--------|

1. Case Name: _Colyer v. CB_
2. Case Number: _12 C 4855_
3. Client Dept: _CPD_
4. Atty Signature: _Linda_
5. Date Approved: _2/27/15_
6. Law Dept. Division: _FCRL_

FEB 25 2015

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 117.00 |
| 6% Reduction | -7.02 |
| Witness fees advanced | 49.38 |
| Fuel Surcharge | 3.00 |

Subpoena
Dr. Patrick Malik
Call at address given in Chicago on February 18
Rush

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $162.36

# *LPS*

**LaSalle Process Servers L.P.**
Business Established 1944
29 S. LaSalle Street ~ Suite 956 ~ Chicago, Illinois 60603
Phone (312) 263-0620 ~ Fax (312) 263-0622
Toll Free (877) LASA11E

| | |
|---|---|
| Name of Deponent | Patrick Malik |
| Invoice# | 52150 |
| Check Amount | $49.38 |
| 1st Attempt Fee | $80.00 |
| Mileage Charge | $ |
| Rush Fee | $30.00 |
| Call Back Fees | $ |
| Writing Check Fee | $10.00 |

# LaSalle Process Servers L.P.

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/24/2013 | 48589 |

BILL TO

City of Chicago
30 N. LaSalle Street
Suite 900
Chicago, Illinois  60602
Attn:Georgia Beloso

*Acc: March*

CASE INFO

Matthew Colyer
vs.
City of Chicago, et al.
12 c 4855

*OK*
*police*

JUN 25 2013

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 331.00 |
| 6% Reduction | -19.86 |
| Witness fees advanced | 152.60 |
| Fuel Surcharge | 15.00 |

1. Case Name: *Matthew Colyer*
2. Case Number: *12C 4855*
3. Client Dept: *Police*
4. Atty Signature:
5. Date Approved: *7/15/13*
6. Law Dept. Division: *Eckl*

3 Subpoenas
1. Kenyatta Young
2. Marchello Pinez
3. LaToya Brown
Calls at addresses given in Chicago on June 13, 19, & 20

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**          $478.74

# *LPS*

**LaSalle Process Servers L.P.**
Business Established 1944
29 S. LaSalle Street ~ Suite 956 ~ Chicago, Illinois 60603
Phone (312) 263-0620 ~ Fax (312) 263-0622
Toll Free (877) LASA11E

| | |
|---|---|
| Name of Deponent | Kenyatta Young |
| Invoice# | 48589 |
| Check Amount | $48.75 |
| 1st Attempt Fee | $80.00 |
| Mileage Charge | $ |
| Rush Fee | $ |
| Call Back Fees | $38.00 x2 |
| Writing Check Fee | $10.00 |

| | |
|---|---|
| Name of Deponent | Marchello Pinex |
| Invoice# | 48589 |
| Check Amount | $48.75 |
| 1st Attempt Fee | $80.00 |
| Mileage Charge | $ |
| Rush Fee | $ |
| Call Back Fees | $ |
| Writing Check Fee | $10.00 |

| | |
|---|---|
| Name of Deponent | LaToya Brown |
| Invoice# | 48589 |
| Check Amount | $55.10 |
| 1st Attempt Fee | $80.00 |
| Mileage Charge | $ |
| Rush Fee | $ |
| Call Back Fees | $ |
| Writing Check Fee | $10.00 |

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 856642 | 3/25/2013 | Due Upon Receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 448736.002 | 2/26/2013 | 12 C 4855 |

| Case Name | | |
|---|---|---|
| Matthew Colyer vs. City of Chicago, et al. | | |

Georgia Beloso
Corporation Counsel
30 North LaSalle Street Suite 900
Chicago, IL 60602

| Records Pertaining To | | |
|---|---|---|
| Matthew Coyler | | |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Holy Cross Hospital<br>Radiology Dept.<br>2701 West 68th Street<br>Chicago, IL 60629 | Jordan Marsh<br>Corporation Counsel<br>30 North LaSalle Street Suite 900<br>Chicago, IL 60602 | Client Matter No.: Colyer v City 12 C 4855<br>Claim No.:<br>Insured:<br>D/O/L: |

Matthew Coyler (X-RAYS)

| | | |
|---|---|---|
| Location Fee | *ok police* | 23.00 |
| No Record Statement | | 0.00 |
| Subpoena Processing | | 20.00 |
| Service | 1. Case Name: COLYER | 18.00 |
| Delivery | 2. Case Number: 12 C 4855 | 0.00 |
| | 3. Client Dept: police | |
| | 4. Atty Signature: | **TOTAL DUE >>>   $61.00** |
| | 5. Date Approved: 4/8/13 | (-) Payments/Credits: 0.00 |
| | 6. Law Dept. Division: | (+) Finance Charges/Debits: 0.00 |
| | | (=) New Balance:   **$61.00** |

APR 0 5 2013

**Tax ID:** 76-0523238

Phone: 312-744-7150   Fax:

*Please detach bottom portion and return with payment.*

Georgia Beloso
Corporation Counsel
30 North LaSalle Street Suite 900
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 856642 |
| Invoice Date | : | 3/25/2013 |
| **Total Due** | : | **$ 61.00** |

Remit To: **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

| | | |
|---|---|---|
| Order No. | : | 448736.002 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12 C 4855 |
| Case Name | : | Matthew Colyer vs. City of Chicago, et al. |

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 856644 | 3/25/2013 | Due Upon Receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 448736.001 | 2/26/2013 | 12 C 4855 |
| **Case Name** | | |
| Matthew Colyer vs. City of Chicago, et al. | | |
| **Records Pertaining To** | | |
| Matthew Coyler | | |

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352 Fax:312-236-3344

Georgia Beloso
Corporation Counsel
30 North LaSalle Street Suite 900
Chicago, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Holy Cross Hospital<br>Medical Records Dept.<br>2701 West 68th Street<br>Chicago, IL 60629 | Jordan Marsh<br>Corporation Counsel<br>30 North LaSalle Street Suite 900<br>Chicago, IL 60602 | Client Matter No.: Colyer v City 12 C 4855<br>Claim No.:<br>Insured:<br>D/O/L: |

Matthew Coyler (Medical & Billing)

| | |
|---|---|
| Location Fee | 23.00 |
| No Record Statement | 0.00 |
| Subpoena Processing | 20.00 |
| Service | 18.00 |
| Delivery | 0.00 |

1. Case Name: COLYER
2. Case Number: 12 C 4855
3. Client Dept: Police
4. Atty Signature: _____
5. Date Approved: 4/9/13
6. Law Dept. Division: FCRL

APR 0 5 2013

| | |
|---|---|
| **TOTAL DUE >>>** | **$61.00** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$61.00** |

**Tax ID:** 76-0523238

Phone: 312-744-7150   Fax:

*Please detach bottom portion and return with payment.*

Georgia Beloso
Corporation Counsel
30 North LaSalle Street Suite 900
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 856644 |
| Invoice Date | : | 3/25/2013 |
| **Total Due** | : | **$ 61.00** |

Remit To: **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

| | | |
|---|---|---|
| Order No. | : | 448736.001 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12 C 4855 |
| Case Name | : | Matthew Colyer vs. City of Chicago, et al. |

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 130514ST
Job Date: 05/14/2013
Order Date: 05/14/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 87058
**Inv.Date:** 05/23/2013
**Balance:** $1,181.02

---

**Bill To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

**Action:** Coyler, Matthew & Gloria Pinex
vs
**City of Chicago**
**Action #:** 12 C 4855
**Rep:** ST
**Cert:**

---

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|-------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Matthew Colyer | Original Certified Transcript | Pages | 257 | $4.25 | $109.23 | $983.02 |
| 2 | | Transcript in PDF Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| 3 | | Appearance (Hourly Ext) | Hours | 4.00 | $50.00 | $20.00 | $180.00 |

MAY 2 9 2013

*OK*
*police*

1. Case Name: _____
2. Case Number: __ 12 C 4855
3. Client Dept: __ POLICE
4. Atty Signature: _____
5. Date Approved: __ 7/15/13
6. Law Dept. Division __ FCH

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $1,181.02 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,181.02 |
| Payment | $0.00 |
| Balance Due | $1,181.02 |

**Federal Tax I.D.:** 36-3368198     **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

**Deliver To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

**Invoice #:** 87058
**Inv.Date:** 05/23/2013
**Balance:** $1,181.02
**Job #:** 130514ST
**Job Date:** 05/14/2013
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Invoice

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637





# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 130708KKE
Job Date: 07/08/2013
Order Date: 07/08/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## INVOICE

| | |
|---|---|
| **Invoice #:** | 87821 |
| **Inv.Date:** | 07/30/2013 |
| **Balance:** | $722.47 |

**Bill To:**
Ms. Dana M. Pesha
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

*Paralegal: Beloso*

**Action:** Coyler, Matthew & Gloria Pinex
vs
**City of Chicago**
**Action #:** 12 C 4855
**Rep:** KKE
**Cert:**

**FILE COPY**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. AMT. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Joseph L. Cogan, MD | Original Transcript Medical/Technical | Pages | 143 | $4.25 | $60.78 | $546.97 |
| 2 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| 3 | | Appearance (Hourly Ext) | Hours | 3.50 | $50.00 | $17.50 | $157.50 |
| 4 | AUG 0 1 2013 | | | | | | |
| 5 | | Transcripts to Ms. Pesha & Mr. Marsh | | | | | |

1. Case Name: Colyer
2. Case Number: 12 C 4855
3. Client Dept: 57
4. Atty Signature: Dana Pesha
5. Date Approved: 8/5/13
6. FCRL

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $722.47 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $722.47 |
| Payment | $0.00 |
| **Balance Due** | $722.47 |

| Federal Tax I.D.: 36-3368198 | Terms: Net 30 Days @ 1.5% |
|---|---|

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Ms. Dana M. Pesha
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

## Invoice

**Deliver To:**
Ms. Dana M. Pesha
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

| | |
|---|---|
| **Invoice #:** | 87821 |
| **Inv.Date:** | 07/30/2013 |
| **Balance:** | $722.47 |
| Job #: | 130708KKE |
| Job Date: | 07/08/2013 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637






# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: **(312) 781-9586**    Fax: **(312) 781-9228**

Job #: 130517KS
Job Date: 05/17/2013
Order Date: 05/17/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 87245 |
| **Inv.Date:** | 06/10/2013 |
| **Balance:** | $872.77 |

**Bill To:**
Mr. Thomas J. Aumann
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Coyler, Matthew & Gloria Pinex**
vs
**City of Chicago**
Action #: 12 C 4855
Rep: KS
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Gloria Pinex | Original Certified Transcript | Pages | 187 | $4.25 | $79.48 | $715.27 |
| 2 | | Appearance (Hourly Ext) | Hours | 3.50 | $50.00 | $17.50 | $157.50 |

**JUN 1 8 2013**

1. Case Name: ~~Pinex~~ Pinex v. City
2. Case Number: 12 C 4855
3. Client Dept:
4. Atty Signature:
5. Date Approved: 6/20/13
6. Law Dept. Division: FCRL

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $872.77 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $872.77 |
| Payment | $0.00 |
| **Balance Due** | $872.77 |

*Federal Tax I.D.:* 36-3368198    *Terms:* Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Thomas J. Aumann
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Mr. Thomas J. Aumann
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

# Invoice

**Invoice #:** 87245
**Inv.Date:** 06/10/2013
**Balance:** $872.77
Job #: 130517KS
Job Date: 05/17/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**REMIT PAYMENT TO:**
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 140422LZM
Job Date: 04/22/2014
Order Date: 04/22/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| Invoice #: | 90525 |
| Inv.Date: | 05/13/2014 |
| Balance: | $746.77 |

**Bill To:**
Ms. Dana M. Pesha
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Colyer, Matthew & Gloria Pinex**
vs
**City of Chicago**
Action #: **12 C 4855**
Rep: **LZM**
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Shaku S. Teas, M.D. | Original Transcript Medical/Tech-Video | Pages | 157 | $4.25 | $66.73 | $600.52 |
| 2 | | Appearance (Hourly Ext) | Hours | 2.50 | $50.00 | $12.50 | $112.50 |
| 3 | | Appearance OT (OT Hourly Ext) | Hours | 0.50 | $75.00 | $3.75 | $33.75 |

1. Case Name: _PINEX_
2. Case Number: _12 C 4855_
3. Client Dept: _57_
4. Atty Signature: _Dana Pesha_
5. Date Approved: _5/20/14_
6. Law Dept. Division: _FCR_

**MAY 16 2014**

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $746.77 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $746.77 |
| Payment | $0.00 |
| **Balance Due** | $746.77 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Ms. Dana M. Pesha
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

# Invoice

**Deliver To:**
Ms. Dana M. Pesha
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | 90525 |
| Inv.Date: | 05/13/2014 |
| Balance: | $746.77 |
| Job #: | 140422LZM |
| Job Date: | 04/22/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  



# Victoria Court
# Reporting Service, Inc.

29 S. LaSalle Street, Suite 333
Chicago, IL 60603-1552
(312) 443-1025  Fax: (312) 443-1029

Job #: 130710KLOEJO
Job Date: 07/10/13
Order Date: 09/26/14
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 48812 |
| **Inv.Date:** | 09/26/14 |
| **Balance:** | $735.40 |

**Bill To:**
Ms. Angie Fuentes
City of Chicago
30 N. LaSalle Street
Suite 1640
ATTN: Department of Law
Chicago, IL 60602

**Action:** Pinex, Gloria, et al
*vs*
**City of Chicago**
**Action #:** 12 CR 4855
**Rep:** KLOEJO
**Cert:** 084.01980

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Kenyatta Young | Original Deposition | Pages | 57 | $3.80 | $0.00 | $216.60 |
| 2 | Kenyatta Young | e-Transcript (.ptx) File | Each | 1.00 | $45.00 | $0.00 | $45.00 |
| 3 | Latoya Brown | Original Deposition | Pages | 52 | $3.80 | $0.00 | $197.60 |
| 4 | Latoya Brown | e-Transcript (.ptx) File | Each | 1.00 | $45.00 | $0.00 | $45.00 |
| 5 | Marchello Pinex | Original Deposition | Pages | 49 | $3.80 | $0.00 | $186.20 |
| 6 | Marchello Pinex | e-Transcript (.ptx) File | Each | 1.00 | $45.00 | $0.00 | $45.00 |

1. Case Name: *Pinex/Colyu*
2. Case Number: *12 C 4855*
3. Client Dept: *57*
4. Atty Signature: *Dana Pesha*
5. Date Approved: *10/3/14*
6. Law Dept. Division: *FCRL*

OCT 0 1 2014

**Comments:**
City Contract #18273.
Special Rates Applied. SOF on file. Electronic e-Trans files of the Certified Transcripts ordered regular delivery. File emailed on 9/26/14. No paper-transcript requested. It was a pleasure doing business with you and we look forward to working with you again soon!
THANK YOU FOR CHOOSING VICTORIA COURT REPORTING SERVICE, INC.

| | |
|---|---|
| Sub Total | $735.40 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $735.40 |
| Payment | $0.00 |
| **Balance Due** | $735.40 |

| Federal Tax I.D.: 36-3103419 | **Terms:** Net Invoice |
|---|---|

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Ms. Angie Fuentes
City of Chicago
30 N. LaSalle Street
Suite 1640
ATTN: Department of Law
Chicago, IL 60602

**Deliver To:**
Ms. Dana Pesha
City of Chicago - Federal Civil Rights Litigation
Department of Law
30 North LaSalle Street
Suite 900
Chicago, IL 60602

# Invoice

| | |
|---|---|
| **Invoice #:** | 48812 |
| **Inv.Date:** | 09/26/14 |
| **Balance:** | $735.40 |
| **Job #:** | 130710KLOEJO |
| **Job Date:** | 07/10/13 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |



# Victoria Court
# Reporting Service, Inc.

29 S. LaSalle Street, Suite 333
Chicago, IL 60603-1552
(312) 443-1025  Fax: (312) 443-1029



# Victoria Court
# Reporting Service, Inc.

29 S. LaSalle Street, Suite 333
Chicago, IL 60603-1552
(312) 443-1025   Fax: (312) 443-1029

Job #: 130710KLOEJO
Job Date: 07/10/2013
Order Date: 07/10/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 46038 |
| **Inv.Date:** | 07/11/2013 |
| **Balance:** | $236.25 |

**Bill To:**
Ms. Angie Fuentes
City of Chicago
30 N. LaSalle Street
Suite 1640
ATTN: Department of Law
Chicago, IL 60602

Action: **Pinex**
*vs*
**City of Chicago**
Action #: **12 C 4855**
Rep: **KLOEJO**
Cert: **084.01980**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Kenyatta Young | Appearance - Transcript Not Ordered | Hour | 3.50 | $67.50 | $0.00 | $236.25 |

JUL 29 2013

1. Case Name: _Pinex v. City_
2. Case Number: _12 C 4855_
3. Client Dept: _CPD_
4. Atty Signature: _Shui J-dru_
5. Date Approved: _7/25/13_
6. Law Dept. Division: _FCRL_

**Comments:**
CITY OF CHICAGO CONTRACT 18273.
Depositions of Marcello Pinex, Latoya Brown, and Kenyatta Young.
Charges for Reporter's Appearance Only -- Transcript not ordered at this time.
As always, it was a pleasure doing business with you, and we hope to hear back from you soon!
THANK YOU FOR CHOOSING VICTORIA COURT REPORTING SERVICE, INC.!

| | |
|---|---|
| Sub Total | $236.25 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $236.25 |
| Payment | $0.00 |
| **Balance Due** | $236.25 |

| | |
|---|---|
| *Federal Tax I.D.:* 36-3103419 | *Terms:* Net Invoice |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Ms. Angie Fuentes
City of Chicago
30 N. LaSalle Street
Suite 1640
ATTN: Department of Law
Chicago, IL 60602

**Deliver To:**
Mr. Thomas Aumann
City of Chicago - Federal Civil Rights Litigation
Department of Law
30 North LaSalle Street
Suite 900
Chicago, IL 60602

**Invoice #:** 46038
**Inv.Date:** 07/11/2013
**Balance:** $236.25
Job #: 130710KLOEJO
Job Date: 07/10/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice



# Victoria Court
# Reporting Service, Inc.

29 S. LaSalle Street, Suite 333
Chicago, IL 60603-1552
(312) 443-1025   Fax: (312) 443-1029

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586     Fax: (312) 781-9228

Job #: 141209NMC
Job Date: 12/09/2014
Order Date: 01/05/2015
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 93228
Inv.Date: 01/09/2015
Balance: $273.42

**Bill To:**
Ms. Victoria R. Benson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: **Colyer, Matthew & Gloria Pinex**
vs
**City of Chicago**
Action #: **12 C 4855**
Rep: **NMC**
Cert: **084-004744**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Lance Becvar | Original Certified Transcript | Pages | 62 | $4.90 | $30.38 | $273.42 |

1. Case Name: _Colyer v. Chgo_
2. Case Number: _12 C 4855_
3. Client Dept: _57 - police_
4. Atty Signature: _[signature]_
5. Date Approved: _1/14/15_
6. Law Dept. Division: _FCRL_

JAN 16 2015

**Comments:**

NET 30 DAYS @ 1.5%     225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $273.42 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $273.42 |
| Payment | $0.00 |
| Balance Due | $273.42 |

Federal Tax I.D.: 36-3368198          Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Ms. Victoria R. Benson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

# Invoice

**Deliver To:**
Ms. Victoria R. Benson
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Invoice #: 93228
Inv.Date: 01/09/2015
Balance: $273.42
Job #: 141209NMC
Job Date: 12/09/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  

**Veritext Midwest**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Angie Fuentes | |
| | City Of Chicago Department of Law | |
| | 30 North LaSalle | |
| | Suite 900 | |
| | Chicago, IL, 60602-1244 | |

| | |
|---|---|
| **Invoice #:** | CHI2215516 |
| **Invoice Date:** | 1/3/2015 |
| **Balance Due:** | $88.20 |

1. Case Name: *Coyler*
2. Case Number: *12 C 4655*
3. Client Dept: *57*
4. Atty Signature: *Dana Pesha*
5. Date Approved: *1/23/15*
6. Law Dept. Division: *FCRC*

**JAN 21 2015**

| | |
|---|---|
| **Case:** | Coyler, Mathew v. City of Chicago, et al. |
| **Job #:** | 1989911 \| Job Date: 11/19/2013 \| Delivery: Daily |
| **Billing Atty:** | Dana Pesha |
| **Location:** | Christopher Smith Trial Group |
| | One North LaSalle Street \| Suite 3040 \| Chicago, IL 60602 |
| **Sched Atty:** | Christopher Smith \| Christopher Smith Trial Group |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Adriana Sierra | Original Transcript | Page | 18.00 | $4.25 | $76.50 |
| | Transcript - Expedited Fee | Page | 18.00 | $0.65 | $11.70 |
| **Notes:** | | | | **Invoice Total:** | $88.20 |
| | | | | **Payment:** | $0.00 |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $88.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2215516 |
| **Job #:** | 1989911 |
| **Invoice Date:** | 1/3/2015 |
| **Balance:** | $88.20 |

19701





**PATTI BLAIR**
**COURT REPORTERS, P.C.**

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

**REMIT TO:**

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

## INVOICE
42617

---

DATE          CLIENT        FILE
09/16/2014    801           MATTHEW COYLER VS. CITY OF CHICAGO

ATTORNEY - DANA PESHA                    CASE # 12 C 04855

ORIGINAL TRANSCRIPT - DAVID DIX
58 PAGES @ 4.25                                                    246.50

1. Case Name: _Dekan@@ Colyer/Rnex_
2. Case Number: _12 C 4855_
3. Client Dept: _57_
4. Atty Signature: _Dana Pesha_
5. Date Approved: _11-12-14_
6. Law Dept. Division: _FCRL_

NOV 0 4 2014

Total Amount: 246.50

Interest At A Rate Of 1.50% After 30 Days: 0.00

Less Paid To Date: 0.00

Total Due: 246.50

Tax Number: 36-3304432

---

Method of Payment:

☐ Check Enclosed
  Please make check payable to: Patti Blair Court Reporters, P.C.

☐ Charge my credit card:
  ☐ Visa
  ☐ Mastercard

Signature (as it appears on your card)

Print Name (as it appears on your card

Daytime Phone:

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ ☐☐☐☐
Credit Card #                          Expiration Date
There will be a $10.00 service fee applied to all credit card payments

```
        I   N   V   O   I   C   E
                                    October 3, 2014

                              INV. #5050A
        JANICE A. CAMPOLONG, C.S.R.

                    38603 Byriver Drive
            Clinton Township, Michigan 48036-1815
                      (586) 468-7380
```

**TO:** Ms. Dana Marie Pesha
Assistant Corporation Counsel
City of Chicago
30 North LaSalle St., Suite 900
Chicago, Illinois 60602

**RE:**     Matthew Colyer vs City of Chicago
**DATE:**   5/14/2014
**DEPONENT:** Daniel J. Spitz, M.D.

**REPORTER:**          Janice

-----------------------------------------------------------------

Deposition of Dr. Spitz, 100 pages
Original and copy (with Index)
Copy to Dr. Spitz to read and sign
Mailing costs to Chicago
and to Dr. Spitz

                    **TOTAL DUE:**          $435.00

            **THANK YOU!**

P L E A S E   R E M I T ON R E C E I P T   OF I N V O I C E.

**PLEASE REFER TO INVOICE NO. AND RETURN COPY WITH PAYMENT**
**PLEASE MAKE ALL CHECKS PAYABLE TO Janice A. Campolong, C.S.R.**

Case Name: _PINEX 4855_
Case Number: _12 C 4855_
Client Dept: _Police_
Atty. Signature: _Dana Pesha_
Date Approved: _10/15/14_
Law Dept. Div.: _FCRL_

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 130718CML
Job Date: 07/18/2013
Order Date: 07/18/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 87849
Inv.Date: 07/31/2013
Balance: $753.75

---

**Bill To:**
Ms. Dana M. Pesha
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Action: Colyer, Matthew & Gloria Pinex
vs
City of Chicago
Action #: 12 C 4855
Rep: CML
Cert: 084-004631

---

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Patrick Malik, D.O. | Original Transcript Medical/Technical | Pages | 150 | $4.25 | $63.75 | $573.75 |
| 2 | | Appearance (Hourly Ext) | Hours | 4.00 | $50.00 | $20.00 | $180.00 |

1. Case Name: _Colyer_
2. Case Number: _12 C 4855_
3. Client Dept: _57_
4. Atty Signature: _Dana Pesha_
5. Date Approved: _8/1/13_
6. Law Dept. Division: _FCRL_

AUG 05 2013

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $753.75 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $753.75 |
| Payment | $0.00 |
| Balance Due | $753.75 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Ms. Dana M. Pesha
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

**Deliver To:**
Ms. Dana M. Pesha
Stephen R. Patton Corporation Counsel - FCR
Federal Civil Rights Division
30 N LaSalle St
Ste 900
Chicago, IL 60602

Invoice #: 87849
Inv.Date: 07/31/2013
Balance: $753.75
Job #: 130718CML
Job Date: 07/18/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637






**PATTI BLAIR**
**COURT REPORTERS, P.C.**

**REMIT TO:**

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

# INVOICE
39607

| DATE | CLIENT | FILE |
|------|--------|------|
| 08/27/2013 | 801 | MATTHEW COLYER VS. CITY OF CHICAGO |

ATTORNEY - JORDAN MARSH                    COURT # 12 C 4855

COPY TRANSCRIPT - GILDARDO SIERRA
294 PAGES @ 2.25                                          661.50

1. Case Name: _Colyer v. City, et al._
2. Case Number: _12 C 4855_
3. Client Dept: _Police_
4. Atty Signature: _____
5. Date Approved: _9-20-13_
6. Law Dept. Division: _FCRL_

SEP 1 7 2013

*OK police*

*FILE COPY*

Total Amount: 661.50

10% City of Chicago Discount: -66.15

Less Paid To Date: 0.00

Total Due: 595.35

Tax Number: 36-3304432

Method of Payment:
☐ Check Enclosed
   Please make check payable to: Patti Blair Court Reporters, P.C.

☐ Charge my credit card:
   ☐ Visa
   ☐ Mastercard

Signature (as it appears on your card)
_____

Print Name (as it appears on your card
_____

Daytime Phone:
_____

Credit Card #                    Expiration Date
There will be a $10.00 service fee applied to all credit card payments



**PATTI BLAIR COURT REPORTERS, PC.**

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

*Paralegal copy*

REMIT TO:

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

# INVOICE
39539

| DATE | CLIENT | FILE |
|------|--------|------|
| 08/27/2013 | 801 | MATTHEW COLYER VS. CITY OF CHICAGO |

ATTORNEY - JORDAN MARSH                    CASE # 12 CV 4855

COPY TRANSCRIPT - OFFICER RAOUL MOSQUEDA
309 PAGES @ 2.25                                      695.25
PDF                                                            20.00


SEP 0 4 2013

1. Case Name: __Matthew Colyer__
2. Case Number: __12 C 4855__
3. Client Dept: __Police__
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: __FCRL__

*OK police*

Total Amount: 715.25

10% City of Chicago Discount: -71.52

Less Paid To Date: 0.00

Total Due: 643.73

Tax Number: 36-3304432

Method of Payment:
☐ Check Enclosed
   Please make check payable to: Patti Blair Court Reporters, P.C.
☐ Charge my credit card:
   ☐ Visa
   ☐ Mastercard

Signature (as it appears on your card)
_____
Print Name (as it appears on your card)
_____
Daytime Phone:

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐☐☐
Credit Card #                                    Expiration Date
There will be a $10.00 service fee applied to all credit card payments

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
*Phone:* (312) 781-9586    *Fax:* (312) 781-9228

Job #: 110128DMU2
Job Date: 01/28/2011
Order Date: 01/28/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:**           89833
**Inv.Date:**    02/28/2014
**Balance:**        $72.67

**Bill To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

*Action:* **Colyer, Matthew & Gloria Pinex**
*VS*
**City of Chicago**
*Action #:* **12 C 4855**
*Rep:* **DMU**
*Cert:* **084-000993**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|-------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Gilardo Sierra-IPRA STMT | Original Certified Transcript | Pages | 19 | $4.25 | $8.08 | $72.67 |

*OK*
*police*

1. Case Name: _Colyer_
2. Case Number: _12 C 4855_
3. Client Dept: _Paige_
4. Atty Signature:
5. Date Approved: _3/5/14_
6. Law Dept. Division: _Paige_

MAR 04 2014

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $72.67 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $72.67 |
| Payment | $0.00 |
| Balance Due | $72.67 |

*Federal Tax I.D.:* 36-3368198          **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

**Deliver To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

**Invoice #:** 89833
**Inv.Date:** 02/28/2014
**Balance:** $72.67
Job #: 110128DMU2
Job Date: 01/28/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637





# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 110107DMU2
Job Date: 01/07/2011
Order Date: 01/07/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 89832
**Inv.Date:** 02/28/2014
**Balance:** $318.42

---

**Bill To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

**Action:** Colyer, Matthew & Gloria Pinex
*VS*
**City of Chicago**
**Action #:** 12 C 4855
**Rep:** DMU
**Cert:** 084-000993

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Raoul Mosqueda-IPRA STMT | Original Certified Transcript | Pages | 32 | $5.80 | $18.56 | $167.04 |
| 2 | | | | | | | |
| 3 | Gilardo Sierra-IPRA STMT | Original Certified Transcript | Pages | 29 | $5.80 | $16.82 | $151.38 |

*Not ok police*

1. Case Name: *Colyer*
2. Case Number: *12 C 4855*
3. Client Dept: *Police*
4. Atty Signature:
5. Date Approved: *3/5/14*
6. Law Dept. Division:

MAR 0 4 2014

**Comments:**

NET 30 DAYS @ 1.5%    225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $318.42 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $318.42 |
| Payment | $0.00 |
| Balance Due | $318.42 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

**Deliver To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

# Invoice

**Invoice #:** 89832
**Inv.Date:** 02/28/2014
**Balance:** $318.42
**Job #:** 110107DMU2
**Job Date:** 01/07/2011
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637





# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602-4189
Phone: (312) 781-9586      Fax: (312) 781-9228

Job #: 140317NDB
Job Date: 03/17/2014
Order Date: 03/17/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 90244 |
| **Inv.Date:** | 04/15/2014 |
| **Balance:** | $1,533.19 |

**Bill To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

*Action:* **Colyer, Matthew & Gloria Pinex**
vs
**City of Chicago**
*Action #:* **12 C 4855**
*Rep:* **NDB**
*Cert:* **084-1660**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Matthew L. Noedel | Original Transcript Medical/Tech-Video | Pages | 317 | $4.25 | $134.73 | $1,212.52 |
| 2 | | Exhibits - Scanned | Copy | 18.00 | $0.35 | $0.63 | $5.67 |
| 3 | | Appearance (Hourly Ext) | Hours | 7.00 | $50.00 | $35.00 | $315.00 |

1. Case Name: *Pinx*
2. Case Number: *12C 4855*
3. Client Dept: *police*
4. Atty Signature:
5. Date Approved: *4/26/14*
6. Law Dept. Division: *FCO2C*

*APR 24 2014*

**Comments:**

NET 30 DAYS @ 1.5%     225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

*Federal Tax I.D.:* 36-3368198

*Terms:* **Net 30 Days @ 1.5%**

| | |
|---|---|
| Sub Total | $1,533.19 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $1,533.19 |
| Payment | $0.00 |
| **Balance Due** | $1,533.19 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

**Deliver To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel - SL
30 N. La Salle Street
Suite 900
Chicago, IL 60602

| | |
|---|---|
| **Invoice #:** | 90244 |
| **Inv.Date:** | 04/15/2014 |
| **Balance:** | $1,533.19 |
| **Job #:** | 140317NDB |
| **Job Date:** | 03/17/2014 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

# Invoice

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

  



April 29, 2014

MAY 0 2 2014

Dana M. Pesha, Asst. Corp. Csl.
City of Chicago, Law Dept., Fed. Civ. Rights Lit. Div.
30 N. LaSalle St., Ste 900
Chicago, IL. 60602


Re: Matthew Colyer & Gloria Pinex v City of Chicago, a municipal
    corporation

Witness: Dr. Shaku S. Teas


Scheduled videotaped deposition on 4/22/14 at
30 N. LaSalle St. Chicago, IL.


                                                    502.00
Shipping:                                             0.00
                                              -----------
                            Total Due  $          502.00


    1.Case Name: _PINEX_____
    2.Case #: _12C.4853_____
    3.Client Dept.: _57_____
    4.Atty Signature: _Dana Pesha____
    5.Date Approved: _5/20/14_____
    6.Law Dept. Division: _FCRL_____



**TRIALVISION/DEPOVISION LTD.**

May 28, 2013

RECEIVED JUN -4 PM 1:04 IND. DEFENSE LITIGATION BY

Thomas J. Aumann, Asst. Corp. Csl.
City of Chicago, Law Dept., Fed Civil Rights Lit. Div
30 N. LaSalle St., Ste 900
Chicago, IL. 60602

Re: Matthew Colyey & Gloria Pinex v City of Chicago, a municipal
corporation

Witness: Matthew Colyer

Scheduled videotaped deposition on 5/14/13 at
30 N. LaSalle St. Chicago, IL.

| | |
|---|---:|
| | 740.00 |
| Shipping: | 0.00 |
| | ----------- |
| Total Due $ | 740.00 |

1. Case Name: _Colyer_
2. Case#: _12C4855_
3. Client Dept: **POLICE**
4. Atty Signature: _Thomas J. Aumann_
5. Date Approved: _6/7/13_
6. Law Dept. Div: **FCRL**

Please remit a copy of the bill with payment          INV.# 24282

77 W. WASHINGTON ST., SUITE 1110  •  CHICAGO, ILLINOIS 60602  •  (312) 332-4288  •  FAX (312) 214-4618

 TRIALVISION/DEPOVISION LTD•

May 28, 2013

Thomas J. Aumann, Asst. Corp. Csl.
City of Chicago, Law Dept., Fed Civil Rights Lit. Div.
30 N. LaSalle St., Ste 900
Chicago, IL. 60602

Re: Matthew Colyey & Gloria Pinex v City of Chicago, a municipal
corporation

Witness: Gloria Pinex

Scheduled videotaped deposition on 5/17/13 at
30 N. LaSalle St. Chicago, IL.

561.50
Shipping:                                                   0.00
                                               -----------
                                  Total Due  $     561.50

1. Case Name: _COL YER_
2. Case#: _12 C 4855_
3. Client Dept: **POLICE**
4. Atty Signature: _____ . a___
5. Date Approved: _6/7/13_
6. Law Dept. Div: **FCRL**

Please remit a copy of the bill with payment        INV.#  24281

77 W. WASHINGTON ST., SUITE 1110 • CHICAGO, ILLINOIS 60602 • (312) 332-4288 • FAX (312) 214-4618

 TRIALVISION/DEPOVISION LTD•

March 26, 2014

Jordan Eric Marsh Esq.
Asst. Corp. Counsel, City of Chicago
30 N. LaSalle St., Ste 1720
Chicago, IL 60602

Re: Matthew Colyer & Gloria Pinex v City of Chicago, a municipal
corporation

Witness: Matthew Noedel

Scheduled videotaped deposition on 3/17/14 at
30 N. LaSalle St. Chicago, IL.

                                                    758.00
Shipping:                                             0.00
                                                 -----------
                                    Total Due  $    758.00

                                        OK
                                        Police
                                        12 C
                                        4855
                                        Colyer
                                        Pinex

* Lessor Daily Rate Applied.


TRIALVISION/DEPOVISION LTD.

June  7, 2013

Jordan Eric Marsh Esq.
Asst. Corp. Counsel, City of Chicago
30 N. LaSalle St., Ste 1720
Chicago, IL 60602

     In Re: Matthew Colyer & Gloria Pinex v City of Chicago, a
            municipal corporation

     Subject: Matthew Colyer

     Encode the aboves Subject(s) deposition(s) to MPEG-2 and
     burn to DVD disc(s).

                                        ok police
                                           IIC 3896

Shipping:                                      195.00
                                                 0.00
                                          -----------
                               Total Due   $   195.00

Please remit a copy of the bill with payment          INV.#  24333

77 W. WASHINGTON ST., SUITE 1110  •  CHICAGO, ILLINOIS 60602  •  (312) 332-4288  •  FAX (312) 214-4618



**TRIALVISION/DEPOVISION LTD.**

September 26, 2014

Dana M. Pesha, Asst. Corp. Csl.
City of Chicago, Law Dept., Fed. Civ. Rights Lit. Div.
30 N. LaSalle St., Ste 900
Chicago, IL. 60602

      In Re: Matthew Colyer & Gloria Pinex v City of Chicago, a
         municipal corporation

      Subject: Matthew Noedel

SEP 3 0 2014

Encode the aboves Subject(s) deposition(s) to MPEG-2 and
burn to DVD disc(s).

|  |  |
|---|---|
| | 280.00 |
| | 0.00 |
| | ----------- |
| Total Due $ | 280.00 |

Ship

1. Case Name: *Colyer/Pinex v. City*
2. Case#: 12 C 4855
3. Client Dept: **POLICE**
4. Atty Signature: *Dana Pesha*
5. Date Approved: 9/02/14
6. Law Dept. Div: **FCRL**

Please remit a copy of the bill with payment

INV.# 25407



**TRIALVISION/DEPOVISION LTD.**

September 26, 2014

Dana M. Pesha, Asst. Corp. Csl.
City of Chicago, Law Dept., Fed. Civ. Rights Lit. Div.
30 N. LaSalle St., Ste 900
Chicago, IL. 60602

SEP 3 0 2014

    In Re: Matthew Colyer & Gloria Pinex v City of Chicago, a
        municipal corporation

    Subject: Dr. Shaku S. Teas

Encode the aboves Subject(s) deposition(s) to MPEG-2 and
burn to DVD disc(s).

1. Case Name: _Colyer/Pinex v. City_          140.00
Ship 2. Case#: _12 C 4853_                    0.00
3. Client Dept:   **POLICE**        Total Due   $   140.00
4. Atty Signature: _Dana Pesha_
5. Date Approved: _10/2/14_
6. Law Dept. Div:   **FCRL**

Please remit a copy of the bill with payment         INV.#  25406





TRIALVISION/DEPOVISION LTD.

February 4, 2015                    FEB 09 2015

Dana M. Pesha, Asst. Corp. Csl.
City of Chicago, Law Dept., Fed. Civ. Rights Lit. Div.
30 N. LaSalle St., Ste 900
Chicago, IL. 60602


        In Re: Matthew Colyer & Gloria Pinex v City of Chicago, a
               municipal corporation


        Subject: Gloria Pinex
                 (2 Discs)


    Encode the aboves Subject(s) deposition(s) to MPEG-2 and
    burn to DVD disc(s).


                                                        195.00
        Shipping:                                         0.00
                                                     -----------
                 1.Case Name: _Colyer_____       Total Due  $   195.00
                 2.Case #: _12C4055_____
                 3.Client Dept: Police
                 4.Atty Signature: _Dana Pesha_
                 5.Date approved: _3/11/15_____
                 6.Law Dept. Division: FCRL


Please remit a copy of the bill with payment          INV.#  25658

                                                              √ √

77 W. WASHINGTON ST., SUITE 1110  •  CHICAGO, ILLINOIS 60602  •  (312) 332-4288  •  FAX (312) 214-4618



## RECORD COPY SERVICES
THIRTY NORTH LA SALLE    CHICAGO IL 60602-2592    312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

3735-90223

**INVOICE NUMBER**

## CD 92233

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY     MR. JORDAN E. MARSH
SOLD TO     STEPHEN PATTON - CORPORATION COUNSEL
30 N. LA SALLE ST.   S-800
CHICAGO, IL 60602

*ot police 12 C*

QC

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE 5/06/14 | COURT NO. 12 C 4855 | FILE NO. | CLAIM NO. LAW | RCS REF. 05024812 92233-3735 |
|---|---|---|---|---|

1. Case Name: *12 C 9855*
2. Case Number: *PINEX*
3. Client Dept: *CPA*
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division: *FCN*

JUL 16 2014

| | | CODE | AMOUNT |
|---|---|---|---|
| TYPE OF RECORD OR DOCUMENT | : VARIOUS DOCUMENTS/COLOR (LASER) | CDY | 828.20 |

NAME OF CASE     :     PINEX

COMMENTS     :
DOCUMENTS SUBMITTED BY: STEVEN A. GREENBERG, LTD.
SCANNING SERVICES

**TOTAL**     828.20

THANK YOU

| | | | |
|---|---|---|---|
| A. DOCUMENT PREPARATION | F. STAPLING | L. LOCATION COPYING | Q. AUTO POSITIVES | W. AUDIO SERVICES |
| B. SPECIAL SERVICES | G. PUNCHING | M. MICROFILM ENLARGEMENTS | R. BLUEPRINTS | X. X-RAY SERVICES |
| C. COPIES | H. BINDING | N. REDUCTIONS | S. OVERSIZE COPIES | Y. DIGITAL SERVICES |
| D. COLOR COPIES | J. FOLDING | O. OFFSET PRINTING | T. SHIPPING | Z. DISK COPYING |
| E. COLLATING | K. MICROFILMING | P. PHOTOGRAPHICS | V. VIDEO SERVICES | ★ SEE COMMENTS |



# INVOICE

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax:            305-576-0188

**Invoice #:** IIL230905
**Client #:** C0285-05
**Date:** 02/17/2015
**Due Date:** 03/19/2015
**Page:** 1 of 1

Ms. Angie Fuentes, Finance Officer
City of Chicago Law Department
30 N. LaSalle
Suite #1640
Chicago, IL 60602

**Ship To/Remarks:**

January 2015 Services

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Matthew Colyer, et al. v. Chicago Police Officers R... | C23565 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Design Consultant - Jason Pierami | 1.50 | $245.00 | $367.50 |
| Project Management - J.D. English | 3.50 | $195.00 | $682.50 |
| 5 Sets - Trial Exhibit Binders (Plus CDs) | 1.00 | $1,414.79 | $1,414.79 |
| Database Administration & Creation Deposition Video Synchronization Processed and Stamped Exhibits | 13.75 | $185.00 | $2,543.75 |
| 10% Special Discount | -1.00 | $500.85 | ($500.85) |

1. Case Name: _Colyer_
2. Case Number: _12C4955_
3. Client Dept: _57_
4. Atty Signature: _Dana Pesha_
5. Date Approved: _3/4/15_
6. Law Dept. Division: _Fed_

MAR 0 5 2015

**Comments:**
Work Requested By:
Ms. Dana Pesha
Corporation Counsel of the City of Chicago

| | |
|---|---|
| **Subtotal** | $4,507.69 |
| **Tax** | $0.00 |
| **Total** | $4,507.69 |

Services rendered after 02/17/2015 will appear on your next month's invoice.