# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DARIUS PINEX, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-cv-04855 |
| | ) | Judge Edmond E. Chang |
| CITY OF CHICAGO, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## RESPONDENTS' AGREED MOTION TO EXTEND DISCOVERY

Respondents, Jordan Marsh, Thomas Aumann, Dana Pesha and other City of Chicago Law Department staff that may be respondents, move, by and through their attorneys to extend the due date for their answers to written discovery by five (5) days, and state:

1. On March 26, 2015 this Court entered an order directing Respondents answer written discovery by Saturday, April 25, 2015.

2. Counsel for Respondents have been working diligently to collect the documents and other information responsive to Plaintiff's discovery; however due to the large number of potential sources of responsive information, Counsel has requested and received from the City of Chicago over 100,000 documents. Although the vast majority of the documents are unrelated to the instant proceeding, additional time is required to identify, review and catalog the documents and other information applicable and relevant to the instant matter, and to provide full response to Plaintiffs' discovery requests.

3. In addition, several attorneys from the Law Department, including Mr. Marsh and Ms. Pesha, have been on trial in the last two weeks. The unavailability of these attorneys has contributed to the need for additional time to answer discovery.

4. The extension of time to answer written discovery requested hereby will not require changing the date of the filing of the parties' joint status report or the next status in this matter, which is set for May 6, 2015.

5. Counsel for the Respondents conferred with Plaintiffs' counsel, who agreed to the extension to Noon on May 2, 2015.

WHEREFORE, Respondents respectfully request that this Court modify its March 26, 2015 scheduling order by extending the date for Defendants to answer the written discovery to Noon on May 2, 2015.

Respectfully submitted,

By: /s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
James Daffada
Justin Leinenweber
Leinenweber Baroni & Daffada, LLC
203 North LaSalle Street, Suite 1620
Chicago, Il 60601
(312) 663-3003

## PROOF OF SERVICE

I, the undersigned, do hereby certify that I have caused true and correct copies of this Notice and Motion to be served on all parties pursuant to F. R.Civ.P. 5(b)(2)(D) through the court's Electronic Case Filing System at the electronic address appearing on record on April 22, 2015.

s/ Thomas More Leinenweber
*Attorney for Respondents*