**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW COLYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHICAGO POLICE OFFICERS R. MOSQUEDA ) | |
| Star No. 13662, and G. SIERRA, Star No. 3656 ) | Case No. 12 C 04855 |
| ) | |
| Defendants. ) | JUDGE CHANG |
| _____) | |
| GLORIA PINEX, ADMINISTRATOR OF THE ) | Magistrate Judge Nolan |
| ESTATE OF DARIUS PINEX ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| CHICAGO POLICE OFFICER GILDARDO ) | |
| SIERRA, Individually and as Agent/Employee of ) | |
| The City of Chicago, OFFICER RAOUL O. ) | |
| MOSQUEDA, Individually and as an Agent/Employee ) | |
| of the City of Chicago, and the CITY OF CHICAGO ) | |
| a Municipal Corporation, ) | |
| ) | |
| Defendant(s) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO WITHDRAW THE
APPEARANCE OF THOMAS J. AUMANN**

Defendants Gildardo Sierra, Raoul Mosqueda, and the City of Chicago ("City"), by one of their attorneys, Thomas J. Aumann, Senior Assistant Corporation Counsel of the City of Chicago, move this Honorable Court to withdraw the appearance of Thomas J. Aumann and state as follows:

1

1. On July 8, 2012, undersigned counsel filed an appearance to represent Defendant Mosqueda. Docket Number ("Dkt." 12).

2. On February 19, 2015, undersigned counsel filed appearances to represent Defendant Sierra and Defendant City. Dkt. 302.

3. Undersigned counsel has resigned from the City of Chicago effective August 31, 2015 due to taking a job out of state. His last day in the office will be August 21, 2015. As such, undersigned counsel seeks leave to withdraw for this case and to have his appearance terminated.

4. No parties will be prejudiced should the Court grant this motion. Jordan Marsh, Senior Assistant Corporation Counsel, and Dana Pesha, Assistant Corporation Counsel, will continue to have appearances on file for Defendants Mosqueda and Sierra as it pertains to the underlying case. Furthermore, Jordan Marsh, Dana Pesha, Victoria Benson, Senior Assistant Corporation Counsel, and Jonathan Green, Senior Assistant Corporation Counsel, will continue to have appearances on file for Defendant City as it pertains to the underlying case.

5. Undersigned counsel, through his attorney for the post-trial discovery, James Daffada of Leinenweber, Baroni, & Daffada, LLC, corresponded with Plaintiffs' counsel yesterday via email. Steven Greenberg, counsel for Plaintiff Pinex, and James Baranyk, counsel for Plaintiff Colyer, indicated that they do not opposed the motion.

WHEREFORE, Defendants request that this Court grant their motion for leave to withdraw the appearance of Thomas J. Aumann.

                                                        Respectfully submitted,

                                                        /s/ Thomas J. Aumann
                                                        THOMAS J. AUMANN
                                                        Senior Counsel

City of Chicago, Department of Law

Federal Civil Rights Litigation Division
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744-7630 (Phone)
Atty. No. 6282455

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above **Notice of Motion** and **Defendants' Unopposed Motion for Leave to Withdraw the Appearance of Thomas J. Aumann** to be served upon all counsel of record, through the Court's electronic filing system, on this 21st day of August, 2015:

      /s/ Thomas J. Aumann
      THOMAS J. AUMANN
      Senior Counsel