**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW COLYER and GLORIA PINEX, Administrator of the Estate of DARIUS PINEX, | ) ) ) | |
| Plaintiffs, | ) ) ) | No. 12 cv 4855 |
| v. | ) ) | |
| CITY OF CHICAGO, OFFICER R. MOSQUEDA, Star #13662 and OFFICER G. SIERRA, Star #3656, | ) ) ) ) | Judge Edmond E. Chang |
| Defendants. | ) ) | |

**AGREED ORDER OF JUDGMENT**

This matter coming before the Court on the resolution of the sanctions previously awarded in the January 4, 2016 order (Dkt. 444). It is hereby ordered that:

All of the fees and costs sanctions previously awarded by the Court have been resolved by the City of Chicago, the individual defendants, the trial attorneys for the defendants, the plaintiffs, and the plaintiff's respective attorneys. The City of Chicago shall pay attorneys Steven Greenberg of Steven A. Greenberg, Ltd., Steven Fine of The Law Office of Steven H. Fine, Loevy & Loevy, James Baranyk of Second City Law, P.C., and Robert Johnson of Rob Johnson, P.C., the agreed upon amounts of fees and costs. This satisfies the sanctions order, and no further action need be taken on that order.

ENTER:

                                                s/Edmond E. Chang
                                  Honorable Edmond E. Chang
                                  United States District Judge

DATE: December 5, 2016