**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GLORIA PINEX, ADMINISTRATOR OF THE            )
ESTATE OF DARIUS PINEX,                                       )
                                                                                  )
      Plaintiff,                                                         )
                                                                                  )
v.                                                                                )        No.:  12 CV 04855
                                                                                  )
CHICAGO POLICE OFFICER GILARDO SIERRA,      )
INDIVIDUALLY AND AS AN AGENT/EMPLOYEE     )
OF THE CITY OF CHICAGO, OFFICER RAOUL O.      )
MOSQUEDA, INDIVIDUALLY AND AS AN                 )
AGENT/EMPLOYEE OF THE CITY OF CHICAGO,      )
AND THE CITY OF CHICAGO, A MUNICIPAL           )
CORPORATION,                                                          )
                                                                                  )
      Defendants.                                                     )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice, and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Final Agreed Order of Dismissal.

Steven Allen Greenberg
Attorney for plaintiff,
Gloria Pinex, Administrator of the
Estate of Darius Pinex, plaintiff
Steven Allen Greenberg, Ltd.
53 West Jackson, Suite 1260
Chicago, Illinois 60604
(312) 879-9500
Attorney No.
FEIN: 36-3636136
DATE: 12/20/16

James M. Baranyk
Attorney for plaintiff,
Matthew Colyer, plaintiff
Second City Law, P.C.
33 North Dearborn, Suite 1950
Chicago, Illinois 60602
(312) 773-517-2904
Attorney No. 6292887
FEIN: 47-1477365
DATE: 12/23/16

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

STEPHEN R. PATTON
Corporation Counsel
Attorney for defendant City of Chicago

Thomas Platt, Deputy Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4833
Attorney No. 6279266
DATE: 1-4-2017

Brian P. Gainer,
Special Assistant Corporation Counsel
Attorney for defendants,
Raoul O. Mosqueda and Gildardo Sierra
Johnson & Bell, Ltd.
33 West Monroe Street, #2700
Chicago, Illinois 60603
(312) 984-0236
Attorney No. 6286200
DATE: 1/5/17

2